FILED IN OPEN COURT
ON 5/6/15 SWT
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:14-cr-00044-FL

UNITED STATES OF AMERICA     :
                             :
        v.                   :
                             :
DANIEL EARL JOHNSON          :
QUALIK HASSAN TISDALE        :

### ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of a guilty plea entered into by the defendants on December 18, 2014 and February 12, 2015, respectively, the following property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), made applicable to this proceeding by virtue of 28 U.S.C. § 2461(c), as a firearm used in knowing violations of 18 U.S.C. §§ 922(g)(1) and 924(c)(1)(A), to wit:  (1)  a Glock Model 22, .40 caliber handgun, serial number RDB179,  (2)  a Ruger, P95, 9mm handgun, serial number 31772079, and (3)  a Smith and Wesson, .357 caliber revolver, serial number: 36K3901;

AND WHEREAS, by virtue of said guilty plea, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1.   That based upon the guilty plea as to the defendants,

1

Daniel Earl Johnson and Qualik Hassan Tisdale, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendants.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This 6 day of May, 2015.

LOUISE W. FLANAGAN
United States District Judge