> **Motion DENIED.**
> This the 15th day of July, 20 16.
> /s/Louise W. Flanagan, U.S. District Judge

FILED
JUN 20 2016
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Honorable Judge Flanagan                           Case # 7:14-CR-44-FL2

Your Honor I went before your court on May 6, 2015, Case #7:14-CR-44-FL2. I had wrote and my lawyer Jerry W. Leonard file a motion on this issue to amend or correct judgement. The courts deny the motion because the court stated it was without jurisdiction to provide the relief sought by petitioner because I didn't exhausted my Administrative Remedies. Which now I did and the B.O.P stated they will seek the position of the federal sentencing court with respect to a Nunc Pro Tunc designation which I have "Attach". Your Honor B.O.P fail to state I was indicted with the federal goverment on May 27 2014. Your Honor when I got sentence on May 6, 2015 in your court room I had pending state charges. From the time of my federal indictment on May 27 2014 to my sentencing date May 6, 2015. I had pending federal charges and pending state charges on my sentence date May 6, 2015 no time was credit towards my state charge. On June 4, 2015 after my federal sentence I took a plea with a plea agreement with state. The plea agreement was to run concurrent with "Any" other sentence I was serving. Which mean my federal sentence. Your Honor B.O.P did not start my time until Sept 18, 2015, 4 months after I was sentence in your court room. I was arrest on Non-federal charges on Dec 16, 2013. I got federal indicted on May 27 2014. Your Honor I feel like I'm entitle to my jail credit from my federal indictment on May 27 2014 until Sept 18, 2015 when B.O.P started my time. I exhausted my administrative and now in the process of filing a 2241. Now the B.O.P is seeking the position of the federal sentencing court. I'm asking the court to please honor the relief sought by me. Since I been in prison I have enroll in GED and making a effort to receive my GED, I also completed the 12 hour drug program.     *See Page 2*

Attach is Page 2:
State J and C / State Plea Agreement
Federal J and C
The Response of the Administrative Remedy

Case 7:14-cr-00044-FL   Document 107   Filed 07/15/16   Page 1 of 1